**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JOHN W. STONE OIL DISTRIBUTOR, L.L.C.**<br>***Plaintiff*** | **CIVIL ACTION NO:** |
| | **JUDGE:** |
| **VERSUS** | **MAGISTRATE:** |
| **VITOL INTERNATIONAL SHIPPING PTE. LTD.**<br>***Defendant*** | **Admiralty Rule 9(h)** |

## COMPLAINT FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, John W. Stone Oil Distributor, L.L.C. ("Stone Oil"), who files this Complaint for Damages against Defendant, Vitol International Shipping Pte. Ltd. ("VIS"), and alleges upon information and belief as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1333, as this matter concerns the breach of a maritime contract. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2. Jurisdiction over VIS is proper because they entered into a maritime contract for the purchase and delivery of vessel necessaries within this district.

3. Venue is proper pursuant to 28 U.S.C. § 1391(b) because the contract was entered into and breached within this district.

## THE PARTIES

4. At all relevant times, John W. Stone Oil Distributor, L.L.C. ("Stone Oil") was and is a Louisiana limited liability company with its principal place of business at 1601 Belle Chasse Hwy, Suite 300, Terrytown, LA 70056. Stone Oil provides marine diesel fuel, lube, and other

vessel necessaries and services to vessels calling at its fuel docks at various locations in and near the Gulf of Mexico and Mississippi River.

5. The defendant is VIS, which, upon information and belief, is a foreign corporation with its principal place of business located at 128 Beach Road, 28th Floor, #28-01 Guoco Midtown, Singapore, 189773. Upon information and belief, the parent company of VIS is Vitol Holding SARL, a foreign holding company with its principal place of business located at Place des Bergues 3 Genève, GENÈVE, 1201 Switzerland. The exercise of specific jurisdiction over VIS is consistent with the Constitutions and other laws of the United States and Louisiana. VIS entered into a maritime contract with a Louisiana company for the purchase of goods and services to be delivered within this district. VIS then breached the maritime contract within this district. Accordingly, serving VIS with a summons is effective to establish specific jurisdiction over it. VIS can be served by serving the Louisiana Secretary of State. Process or notice can be sent through the Hague Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters at 128 Beach Road, 28th Floor, #28-01 Guoco Midtown, Singapore, 189773.

## **THE FACTS**

6. Upon information and belief, at all times relevant hereto, VIS chartered and/or brokered the M/V NAVIG8 PASSION, Official No. IMO 9853278 ("NAVIG8 PASSION").

7. As is customary in the maritime industry, VIS, a charterer, provided marine diesel fuel, lubricants, fresh water, food, and other provisions to vessels for the operation and care of such vessels.

8. On or about April 28, 2026, VIS contacted Stone Oil and ordered "300 - 400 MT LSMGO 0.1%" (hereinafter, "Marine Diesel Fuel") for the NAVIG8 PASSION from Stone Oil

with delivery expected on May 11, 2026 at the Port of New Orleans. All relevant correspondence is attached hereto as “Exhibit A.” Stone Oil was advised that this order was for the account of VIS. The agreement was memorialized in an email that incorporated Stone Oil’s Bunker Nomination, attached hereto as “Exhibit B” (the “Bunker Nomination”).

9. On or about May 5, 2026, VIS contacted Stone Oil and asked if the location for delivery of the subject Marine Diesel Fuel could be changed to an offshore location rather than the Port of New Orleans. See Exhibit A. That same day, Stone Oil responded that it could not deliver outside the Mississippi River and thus, the delivery location reflected in the Bunker Nomination could not be changed. See Exhibit A. In response, VIS advised that “Vessel [M/V NAVIG8 PASSION] may no longer enter the river. [] Will revert once further news or potential replacement vessel.” See Exhibit A.

10. On or about May 11, 2026, Stone Oil advised that if a replacement vessel was not available by the end of the following business day, it would charge a $16,980.00 cancellation fee as detailed in the Bunker Nomination. See Exhibit A. Later that day, VIS advised that it would not pay the cancellation fee. See Exhibit A. Stone Oil sent VIS Invoice No. BK309474, dated May 11, 2026, memorializing its demand for payment of the cancellation fee, attached hereto as “Exhibit C” (the “Invoice”).

11. On or about June 18, 2026, counsel for Stone Oil sent a letter to VIS demanding payment of the Invoice, as well as interests, costs, and attorney’s fees, attached hereto as “Exhibit D” (the “Demand Letter”).

12. Upon information and belief, as of the date of this filing, VIS has not paid the Invoice, and it has not responded to the Demand Letter.

**AS AND FOR A FIRST CAUSE OF ACTION FOR BREACH OF MARITIME CONTRACT**

13. Plaintiff repeats and realleges each and every allegation set forth in Paragraphs 1-12 above.

14. Stone Oil and VIS entered into an agreement for VIS to purchase Marine Disel Fuel from Stone Oil, as evidenced by the Bunker Nomination, which constituted a contract for necessaries.

15. VIS breached the contract by failing to accept delivery of the Marine Diesel Fuel and further breached the terms of the Bunker Nomination by failing to pay the cancellation fee.

16. As a result of VIS's breach of Bunker Nomination, Stone Oil has incurred losses and damages in the principal amount of $16,980 plus any market material losses and is therefore entitled to judgment in the amount of $16,980 plus interest and costs.

**WHEREFORE**, Plaintiff, John W. Stone Oil Distributor, L.L.C., prays that, after due proceedings are had, this Honorable Court issue judgment in favor of Plaintiff and against Vitol International Shipping Pte. Ltd. for the amount of $16,980 plus pre- and post-judgment interest, costs, and attorney's fees, and all other relief as it deems just and proper.

Respectfully submitted:

***/s/ Mia I. Dalton***

Robert R. Johnston, T.A. (#22442)
Constance C. Waguespack (#36416)
Mia I. Dalton (#41209)
**PUSATERI, JOHNSTON, GUILLOT & GREENBAUM, LLC**
1100 Poydras Street, Suite 2250
New Orleans, Louisiana 70163
Telephone: (504) 620-2500
Facsimile: (504) 620-2510
Robert.Johnston@pjgglaw.com
Constance.Waguespack@pjgglaw.com
Mia.Dalton@pjgglaw.com

**ATTORNEYS FOR JOHN W. STONE OIL DISTRIBUTOR, L.L.C.**